Everett Walton
190 Keawe Street, Suite 27
Hilo, Hawaii 96720
Telephone: 808-443-7134
E-mail: ewaltonhilo@yahoo.com
Attorney for Plaintiff,
JOAN PARKER-DIAS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JOAN PARKER-DIAS, | ) CIVIL NO. 1:13-cv-00666 SOM-KSC |
| | ) |
| Plaintiff, | ) NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

PLEASE TAKE NOTICE that, pursuant to F.R.C.P Rule 41(a)(1)(A), Plaintiff hereby dismisses the above-captioned matter with prejudice.

DATED:  Hilo, Hawaii, January 23, 2014.

_____
EVERETT WALTON
Attorney for Plaintiff