Everett Walton
190 Keawe Street, Suite 27
Hilo, Hawaii 96720
Telephone: 808-443-7134
E-mail: ewaltonhilo@yahoo.com
Attorney for Plaintiff,
JOAN PARKER-DIAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| JOAN PARKER-DIAS, | ) | CIVIL NO. 1:13-cv-00666 SOM-KSC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL WITH PREJUDICE |
| vs. | ) | |
| GC SERVICES, LP, | ) | |
| Defendant. | ) | |

NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to F.R.C.P Rule 41(a)(1)(A), Plaintiff hereby dismisses the above-captioned matter with prejudice.

DATED: Hilo, Hawaii, January 23, 2014.

_/s/ Everett Walton_
EVERETT WALTON
Attorney for Plaintiff